UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 2:21-cr-83-JLB-NPM

MARK A. GYETVAY
_____

### ORDER

By Order of the Court, Morgan Stanley is directed not to permit Mark A. Gyetvay to sell, transfer, or make any transactions without further Order of the Court relating to the securities currently held in any accounts at Morgan Stanley in the name of Mark A. Gyetvay.  The Court further orders that Morgan Stanley work with counsel for Mr. Gyetvay, Kevin Downing and Matthew Mueller, to effectuate a transfer of the funds to an escrow account maintained by counsel.

**ORDERED** in Fort Myers, Florida on September 23, 2021.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

## Douglas Frazier

**From:** Wendy Winkel
**Sent:** Friday, September 24, 2021 10:08 AM
**To:** Douglas Frazier
**Subject:** FW: Gyetvay

**From:** "Gray, Diane L" <Diane.L.Gray@morganstanley.com>
**Date:** Friday, September 24, 2021 at 9:57 AM
**To:** Kevin Downing <kevindowning@kdowninglaw.com>
**Subject:** Gyetvay

Good Morning Mr. Downing,

Morgan Stanley confirms we received the court order regarding Mr. Gyetvay and all of his accounts has been restricted per the order as of yesterday.

*****Please note that the Levies & Garnishments has a minimum turnaround time of 3-5 business days for reviews*****

**Diane L. Gray**
**Morgan Stanley|Legal and Compliance| Levies and Garnishment Unit**
**100 South Charles Street, 4th Floor**
**Baltimore, MD 21201**
**Phone 1 (667) 312-4208**
**Fax: 1 (201) 377-0199**
**Email: Diane.l.Gray@MS.com**

NOTICE: Morgan Stanley is not acting as a municipal adviser and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link
http://www.morganstanley.com/disclaimers. If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.