# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager

UNITED STATES OF AMERICA

VS.                              CASE NO: 2:21-cr-83-JLB-NPM

MARK A. GYETVAY

## NOTICE OF SURRENDERED U.S. PASSPORT

To:   U.S. Department of State
      CA/PPT/L/LA
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on September 24, 2021 in the above styled case, the Defendant's passport, **Number 488615322** was surrendered to the custody of the Clerk of Court on September 24, 2021. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | July 19, 1957 |
| Defendant's place of birth: | New Jersey, U.S.A. |
| Passport received from: | Courtroom Deputy |
| Passport issued to: | Mark Anthony Gyetvay |
| Date of issuance: | June 12, 2013 |

ELIZABETH M. WARREN, CLERK

By *Regina Thompson*
Regina Thompson, Deputy Clerk

September 28, 2021

Original to Case File
c:    Counsel and Unrepresented Defendant
      Pretrial Services (if before Judgment)
      Probation Office (if after Judgment)
      Appropriate Agency Listed Above
      Passport Coordinator