UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager

UNITED STATES OF AMERICA

VS.

CASE NO: 2:21-cr-83-JLB-NPM

MARK A. GYETVAY

## NOTICE OF SURRENDERED FOREIGN PASSPORT

To:  U.S. Dept. Of Homeland Security
Immigration and Customs Enforcement
Attn: Christine Church
Supervisory Detention and Deportation Officer
9495 Delegates Drive
Orlando, Florida 32873

**PURSUANT** to the Court's order entered on September 24, 2021 in the above styled case, the Defendant's passport, **issued from Italy, Number YB8123116** was surrendered to the custody of the Clerk of Court on September 24, 2021. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | July 19, 1957 |
| Defendant's place of birth: | Orange, NJ (USA) |
| Passport received from: | Courtroom Deputy |
| Passport issued to: | Mark Gyetvay |
| Date of issuance: | June 28, 2021 |

ELIZABETH M. WARREN, CLERK

By *Regina Thompson*
Regina Thompson, Deputy Clerk

September 28, 2021

Original to Case File
c:  Counsel and Unrepresented Defendant
Pretrial Services (if before Judgment)
Probation Office (if after Judgment)
Appropriate Agency Listed Above
Passport Coordinator