UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.  2:21-cr-83-TPB-NPM

MARK A. GYETVAY

### NOTICE OF DISCOVERY RESPONSE

The United States of America, by and through the undersigned counsel, hereby notifies the Court that in the above-referenced case, discovery has been made available to the defendant pursuant to Federal Rule of Criminal Procedure 16 and the Court's Pretrial Criminal Scheduling Order.  A copy of the government's letter to defense counsel is attached.[1]

The government recognizes its continuing duty to disclose information to the defendant if additional information becomes available.  The government respectfully reminds the defendant that Rule 16(b) gives the government the reciprocal right of discovery, and hereby requests the defendant's compliance.

---

[1] The United States has redacted portions of the letter in this public filing to protect the confidentiality of certain information.  The government will provide a non-redacted copy to the Court upon request.

Dated: October 8, 2021

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
United States Department of Justice
Tax Division

By:  /s/ David Zisserson
Stanley J. Okula, Jr.
Senior Litigation Counsel
David Zisserson
Kevin Schneider
Trial Attorneys
150 M Street, N.E.
4 Constitution Square
Washington, D.C.  20002
202-514-2839/stan.j.okula@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 8th day of October, 2021, I electronically filed the foregoing via the Court's ECF system, which will automatically provide notice of such filing via electronic mail to all counsel of record.

                                          /s/ David Zisserson
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice