

**U.S. Department of Justice**

Criminal Division

*Office of International Affairs*                    *United States Embassy, London*

January 20, 2021

<u>Via Email</u>

Juleun Lim, Esq.
SOLS Criminal Advisory Team
HM Revenue and Customs
Bush House
The Strand
London| WC2B 4RD

     Re:   <u>Request for Assistance in the Matter of Mark Anthony Gyetvay</u>
           DOJ No. CRM-182-76243

Dear Mr. Lim:

     Enclosed please find a request for assistance concerning the above-referenced matter.

     The United States Attorney for the Middle District of Florida, the Department of Justice Tax Division, and the Internal Revenue Service are investigating the activities of Mark Anthony Gyetvay, a U.S. citizen, regarding his potential violation of U.S. criminal laws, including tax evasion, filing false tax returns, and failing to file Reports of Foreign Bank and Financial Accounts.  U.S. authorities request records from the London Stock Exchange Group, the UK Financial Conduct Authority, Morgan Stanley & Co. International plc, ███████████████████████, Illuminum Incorporated Ltd., BDO LLP, and ██████████████████.

     Your assistance in this matter is greatly appreciated.  Please do not hesitate to contact me at John.McNeil2@usdoj.gov or Legal Advisor/International Affairs Specialist Amanda June Chadwick at ChadwickAJ@state.gov.

                     Sincerely,

                     Vaughn A. Ary
                     Director

By:   *s/John T. McNeil*

                     John T. McNeil
                     U.S. Department of Justice Attaché

Enclosure

cc. Philip Newman, Esq. & Deborah Hand (UKCA)

**Exhibit**

B