

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

COMMISSIONER
LARGE BUSINESS AND
INTERNATIONAL DIVISION

December 3, 2019

Alexandre Dumas
Head of Service for Exchange of Information in Tax Matters
Swiss Federal Tax Administration
Eigerstrasse 65
CH 3003 Bern
SWITZERLAND

Subject:   Exchange of Information
U.S. Taxpayer:  Mark Gyetvay and Nadezda Gavrilova
Swiss Entity: Coutts & Co. Ltd.
Tax Year:  2009 - 2018
Our Reference: 381041

Dear Mr. Dumas:

The Internal Revenue Service (IRS) respectfully requests that the Swiss Federal Tax Administration (SFTA) provide it with information described in this request pursuant to Article 26 (Exchange of Information) of the Convention Between the United States of America and the Swiss Confederation for the Avoidance of Double Taxation with Respect to Taxes on Income of October 2, 1996, as amended by the 2009 Protocol.

We request your assistance in connection with the tax investigation of the captioned subject.  The specific information required is outlined in the enclosure.

If you have any questions regarding this request, please contact Tina Masuda, Program Manager in our Washington, D.C. office, by phone at 202- 317-8611 or by fax at 877-525-3261.

This information is furnished and requested under the provisions of our income tax treaty.  Its use and disclosure must be governed by the provisions contained therein.

Sincerely,

*Tina B. Masuda*

*for* Douglas W. O'Donnell
United States Competent Authority

Enclosure

Exhibit B