## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISON

UNITED STATES OF AMERICA

v.                                                    CASE NO. 2:21-cr-83-TPB-NPM

MARK A. GYETVAY,

    Defendant.

_____/

## **UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

Defendant MARK A. GYETVAY (Mr. Gyetvay), by and through undersigned counsel, files this unopposed motion for leave to file a reply to the United States' Opposition to Defendant's Motion to Dismiss the Indictment (ECF Doc. 40).  In support of the motion, Mr. Gyetvay submits the following:

1.     Mr. Gyetvay was arraigned on September 23, 2021 on an Indictment charging him with filing false tax returns, failing to file tax returns, failing to file Foreign Bank Account Reports (FBARs), making false statements to the government, and engaging in wire fraud. ECF Doc. 3.

2.     On October 7, 2021, Mr. Gyetvay filed a 13-page Motion to Dismiss the Indictment arguing that on the face of the Indictment, all of the counts charged are barred by the relevant statutes of limitation. ECF Doc. 33.

3.      On October 21, 2021, the government filed a 13-page response in opposition to the Motion to Dismiss the Indictment (the "Response").  ECF Doc. 40.  In its Response, the government argued that the relevant statutes of limitation periods were tolled due to orders purportedly obtained under 18 U.S.C. § 3292 during the government's investigation. *Id*. at pp. 4-9. The government further argued that certain statutes of limitation were also tolled pursuant to Title 26 due to Mr. Gyetvay's time spent outside the United States. *Id*.

4.      Because the government's statute of limitation tolling arguments were not alleged in the Indictment, Mr. Gyetvay had no way of addressing them in his initial motion.

5.      Therefore, Mr. Gyetvay respectfully requests the opportunity to respond to these arguments in a reply memorandum.

6.      Mr. Gyetvay submits that he can adequately respond to these arguments in a reply memorandum of no more than 7 pages.

7.      The undersigned has conferred with DOJ Tax Division Senior Litigation Counsel Stanley J. Okula, Jr. who advised that the government does not oppose the granting of this motion.

## Memorandum of Law

Pursuant to the Local Rules for the Middle District of Florida, "[w]ithout leave, no party may file a reply directed to a response except a response to a motion for summary judgment." Local Rule 3.01(d). In this instance, Mr. Gyetvay respectfully submits that he has shown good cause and the ends of justice would be served by permitting him to file a 7-page reply memorandum responding to legal arguments first raised by the government in its Response.

Respectfully submitted,

**/s/ Kevin Downing**
Kevin Downing
(Admitted *pro hac vice)*
Law Offices of Kevin Downing
601 New Jersey Avenue NW
Suite 620
Washington, D.C. 20001
Tel: 202-754-1982
Email: kevindowning@kdowninglaw.com
*Attorney for Defendant Mark A. Gyetvay*

**/s/ Matthew J. Mueller**
Matthew J. Mueller, FBN: 0047366
FOGARTY MUELLER HARRIS, PLLC
100 E. Madison Street
Suite 202
Tampa, Florida 33602
Tel:   813-682-1730
Fax:   813-682-1731
Email: matt@fmhlegal.com
*Attorney for Defendant Mark A. Gyetvay*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 22, 2021, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving this document on all parties of record in this case.


**/s/ Matthew J. Mueller**
Matthew J. Mueller
*Attorney for Defendant Mark A. Gyetvay*