UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:21-cr-83-TPB-NPM

MARK A. GYETVAY

| **Judge:** | Nicholas P. Mizell | **Counsel for Government** | Stanley J. Okula, Jr. |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Matthew J. Mueller Kevin Downing |
| **Court Reporter** | Digital | **Pretrial/ Probation** | No Officer Present |
| **Date/Time** | December 7, 2021 11:39 – 11:50 AM | **Interpreter** | N/A |
| **Bench Time** | 11 minutes | | |

**Arraignment on Superseding Indictment:**

Court advised the Defendant about his rights to have the hearing in person. Defendant consented to this hearing being held by video conference.

Defendant pled not guilty to all counts of the Superseding Indictment. Court will enter a not guilty plea on Defendant's behalf.  Case is currently set for the January 2022 trial term with a December 16th status conference.

Court reminds Defendant to abide by the current bond conditions ordered by Judge Frazier.