UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:21-cr-74-TPB-MRM

AMBER REWIS BRUEY and
ANTHONY JAMES BRUEY

| JUDGE: | Thomas P. Barber | COUNSEL FOR GOVERNMENT | TRENTON REICHLING |
|---|---|---|---|
| DEPUTY CLERK: | Juan Garcia Gonzalez | COUNSEL FOR DEFENDANT: | JAMES LAPPAN; LANDON MILLER |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | N/A |
| DATE/TIME | December 16, 2021 10:30 AM | Interpreter | N/A |

**Status Conference (Via Zoom)**

Start time: 10:56 am

Court calls case.  Counsel enters appearances.

Counsel requests a 60-day continuance.  Court grants.

Case continued to the March 2022 Trial Docket, with a video status conference February 14, 2022 at 11:00am.
The Court finds that the ends of justice are served by granting this continuance and excludes all time from today until the end of the March 2022 trial term.

End Time: 10:58 am