UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                         Case No. 2:21-cr-83-TPB-NPM

MARK A. GYETVAY,

    Defendant.
_____/

## ORDER OVERRULING "DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER GRANTING THE GOVERNMENT'S MOTION TO COMPEL"

This matter is before the Court on "Defendant's Objections to the Magistrate Judge's Order Granting the Government's Motion to Compel," filed on March 12, 2023. (Doc. 216). On the same day, the Government filed a response. (Doc. 217). In his March 8, 2023, Order, United States Magistrate Judge Nicholas P. Mizell granted the Government's motion to compel (Doc. 200). (Doc. 211).

A party may file objections to a magistrate judge's order on a non-dispositive pretrial matter within fourteen days after service of the order. Fed. R. Crim. P. 59(a). When objections are filed, the district court "must consider timely objections and modify or set aside any part of the order that is contrary to law or clearly erroneous." *Id*.

After an independent and *de novo* review of the record, the undersigned concurs with Judge Mizell. Judge Mizell's March 8, 2023, Order is neither clearly erroneous nor contrary to law. Consequently, Defendant's objections are overruled, and Judge Mizell's March 8, 2023, Order shall remain the Order of the Court.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Defendant's objections (Doc. 216) are **OVERRULED**, and Judge Mizell's March 8, 2023, Order (Doc. 211) shall remain the Order of the Court.

**DONE** and **ORDERED** in Chambers, in Fort Myers, Florida, this 13th day of March, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**