UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
                Government        __x__        Case No. 2:21-cr-83

v.
                                                      _____   Evidentiary
MARK A. GYETVAY                              __x__   Trial
                Defendant          _____              _____   Other

| GOVERNMENT'S WITNESS LIST | |
|---|---|
| __x__ Government    _____ Defendant | |
| **Name** | **Date(s) Testified** (*Court only*) |
| 1. Aaron Blouin, DHS | |
| 2. Brian Bonilla, IRS | |
| 3. William Butler | |
| 4. Brigit Flannery, IRS | |
| 5. Nadezda Gavrilova | |
| 6. Cristina Gonzalez, USCBP | |
| 7. Richard Hicks | |
| 8. Alex Knight | |
| 9. Alicia Lambreton, IRS | |

1

| 10. | Gregory Madick | |
|---|---|---|
| 11. | Doug Miller | |
| 12. | Fiona Moorcraft | |
| 13. | Dana Phan | |
| 14. | Colleen Ranahan, IRS SEP Agent | |
| 15. | Patrick Reid, FinCEN | |
| 16. | Dorea Rolle | |
| 17. | Jason Wardell | |
| 18. | Lidieth Zamora | |