UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 2:21-cr-83-TPB-NPM

MARK A. GYETVAY,

    Defendant.
_____/

## DEFENDANT'S WITNESS LIST

Defendant Mark A. Gyetvay, by and through undersigned counsel, provides this witness list pursuant to the Court's Order. The defendant expressly reserves the right to supplement or revise this list in light of the government's case-in-chief or other trial developments.

    Thomas Bishop

    Nikolay Litvinov

    Angelo Troncoso

Respectfully submitted,

**/s/ Kevin Downing**
Kevin Downing
(Admitted *pro hac vice*)
Law Offices of Kevin Downing
601 New Jersey Avenue NW
Suite 260
Washington, D.C. 20001
Tel: 202-754-1982
Email: kevindowning@kdowninglaw.com
*Attorney for Defendant Mark A. Gyetvay*


**/s/ Matthew J. Mueller**
Matthew J. Mueller, FBN: 0047366
FOGARTY MUELLER HARRIS, PLLC
501 E. Kennedy Boulevard
Suite 790
Tampa, Florida 33602
Tel:   813-682-1730
Fax:   813-682-1731
Email: matt@fmhlegal.com
*Attorney for Defendant Mark A. Gyetvay*


## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving this document on all parties of record in this case.

**/s/ Matthew J. Mueller**
Matthew J. Mueller, FBN: 0047366
*Attorney for Defendant Mark A. Gyetvay*

2