UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**
         Government          x       Case No. 2:21-cr-83

v.
                                                    Evidentiary
**MARK A. GYETVAY**                      x      Trial
         Defendant                                 Other

| | **GOVERNMENT'S AMENDED WITNESS LIST** | |
| | x   Government         Defendant | |
| | **Name** | **Date(s) Testified** (*Court only*) |
| 1. | Aaron Blouin, DHS | |
| 2. | Brian Bonilla, IRS | |
| 3. | William Butler | |
| 4. | Brigit Flannery, IRS | |
| 5. | Nadezda Gavrilova | |
| 6. | Cristina Gonzalez, USCBP | |
| 7. | Richard Hicks | |
| 8. | Alex Knight | |
| 9. | Alicia Lambreton, IRS | |

| | | |
|---|---|---|
| **10.** | **Gregory Madick** | |
| **11.** | **Doug Miller** | |
| **12.** | **Fiona Moorcraft** | |
| **13.** | **Dana Phan** | |
| **14.** | **Michelle Quinn** | |
| **15.** | **Colleen Ranahan, IRS SEP Agent** | |
| **16.** | **Patrick Reid, FinCEN** | |
| **17.** | **Dorea Rolle** | |
| **18.** | **Jason Wardell** | |
| **19.** | **Lidieth Zamora** | |