UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:21-cr-83-JNE-NPM

MARK GYETVAY

ORDER

On motion of the United States, and it appearing to the satisfaction of the Court:

1. That NADEZDA GAVRILOVA has been called as a witness to testify or provide other information in the above-captioned proceeding; and

2. That in the judgment of the said United States Attorney, said witness is likely to refuse to testify or provide other information on the basis of her privilege against self-incrimination.

3. That in the judgment of the said United States Attorney, the testimony or other information from said witness may be necessary to the public interest; and

4. That the aforesaid Motion filed herein has been made with the approval of the Principal Deputy in charge of the Tax Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003 and 28 C.F.R. § 0.175.

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that the said NADEZDA GAVRILOVA give testimony or provide other information which she refuses to give or to provide on the basis of her privilege against self-incrimination as to all matters about which she may be questioned during the said proceeding and during any subsequent trials, if any, which may be related to such

information and testimony. No testimony or other information compelled under this order (or any information directly or indirectly derived from such testimony or other information) may be used against NADEZDA GAVRILOVA in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

This order shall become effective only if after the date of this order the said witness refuses to testify or provide other information on the basis of her privilege against self-incrimination.

DONE AND ORDERED at FORT MYERS, Florida, this 20th day of March, 2023.

JOAN N. ERICKSEN
United States District Judge

Copy to: Stanley J. Okula, Jr.
    Senior Litigation Counsel