UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:21-cr-83-TPB-NPM

MARK A. GYETVAY

| **JUDGE:** | Joan N. Ericksen | **COUNSEL FOR GOVERNMENT** | STANLEY J. OKULA, JR., DAVID ZISSERSON, AND KEVIN SCHNEIDER |
|---|---|---|---|
| **DEPUTY CLERK:** | Juan Garcia Gonzalez | **COUNSEL FOR DEFENDANT:** | MATTHEW MUELLER, KEVIN DOWNING AND NICHOLAS METCALF |
| **COURT REPORTER** | Stacey Raikes | **DATE/TIME** | March 20, 2023 9:30 AM |

## Jury Trial Day 1

Start time: 9:39 am

    Court calls case.  Counsel enters appearances.

    The Court goes over preliminary matters with the parties and go over jury selection process.

    47 jurors escorted into courtroom.  Jury selection begins.

    The Court reviews the trial process and requirements with potential panel, individual voir dire of jurors.
    The Court asks specific party voir dire questions to panel.  The parties go over jury selection notes with the Court.

    A jury of 15 jurors empaneled.  Deputy clerks swears in jury.

12:57 pm    LUNCH BREAK TAKEN

2:11 pm    COURT IN SESSION

    Mr. Okula brings up ECF 232 and the Court will address after opening statements.   Jury escorted into the courtroom.

    AUSA Okula presents opening statements on behalf of the United States
        2:11 pm – 3:28 pm

3:29 pm    BREAK TAKEN

3:47 PM        COURT IN SESSION

    Attorney Downing presents opening statements on behalf of the defendant.
        3:49 pm – 4:04 pm

    Attorney David Zisserson calls Gregory Madick to the witness stand.  Court swears in witness.
Direct: 4:05 pm – 4:34 pm
**<u>Government Exhibit 1a:</u>** shown to Mr. Madick.  Objected, overruled; admitted by the Court.
**<u>Government Exhibit 1:</u>** shown as a demonstrative exhibit.
Cross: 4:34 pm – 4:49 pm
**<u>Defendant's Exhibit 187:</u>** shown to Mr. Madick.
Witness Excused.
Jury escorted out of the courtroom.

    Mr. Okula brings up witness matters with the Court.  Mr. Downing responds.  The Court hears oral arguments as to issues at hand.

5:03 pm        COURT IN RECESS
Time in Court: 6:10