UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                                              CASE NO: 2:21-cr-83-TPB-NPM

MARK A. GYETVAY

| **JUDGE:** | Joan N. Ericksen | **COUNSEL FOR GOVERNMENT** | STANLEY J. OKULA, JR., DAVID ZISSERSON, AND KEVIN SCHNEIDER |
|---|---|---|---|
| **DEPUTY CLERK:** | Juan Garcia Gonzalez | **COUNSEL FOR DEFENDANT:** | MATTHEW MUELLER, KEVIN DOWNING AND NICHOLAS METCALF |
| **COURT REPORTER** | Stacey Raikes | **DATE/TIME** | March 21, 2023 9:00 AM |

## Jury Trial Day 2

Start time: 9:02 am

Court convenes for day 2 of jury trial.

Jury escorted into courtroom.

Attorney Stanley Okula calls Douglas Miller to the witness stand.  Clerk swears in witness.
Direct: 9:06 am – 9:43 am
**Government Exhibit 3:** shown to Mr. Miller.  No objections; admitted by the Court.
**Government Exhibit 4:** shown to Mr. Miller.  No objections; admitted by the Court.
Cross: 9:44 am – 9:54 am
**Defendant Exhibit 187:** shown to Mr. Miller.  No objections to pages 1, 159, 160 only; pages 1, 159, 160 admitted by the Court
Redirect: 9:54 am – 9:58 am
Witness excused.

Attorney Stanley Okula calls William E. Butler to the witness stand.  Clerk swears in witness.
Side Bar: 9:59 am – 9:59 am
Direct: 10:00 am – 10:22 am
Mr. Okula moves to tender Mr. Butler as an **expert witness**.  No objections.
**Government Exhibit 6:** shown to Mr. Butler.  Objections; admitted by the Court.
**Government Exhibit 7:** shown to Mr. Butler.  Objections; admitted by the Court.
**Side Bar:** 10:12 am – 10:22 am
10:22 am Jury escorted out of the courtroom.
The court hear arguments as to exhibits.

10:28 am    COURT IN RECESS

10:40 am    COURT IN SESSION

        Mr. Okula
10:43 am    Jury escorted into the courtroom
        Direct (Cont.): 10:44 am – 10:54 am
        **Government Exhibit 7A:** shown to Mr. Butler.  Objections; admitted by the Court.
        **Government Exhibit 252, 253:** shown to Mr. Butler.
        Cross: 10:54 am – 11:12 am
        Redirect: 11:12 am – 11:13 am
        Witness excused.

        Attorney Stanley Okula calls Brigit Flannery to the witness stand.  Clerk swears in witness.
        Direct: 11:15 am – 11:26 am
        **Government Exhibit 252, 253:** shown to Ms. Flannery.
        Cross Examination: 11:26 am – 11:29 am
        Redirect: 11:29 am – 11:30 am
        Recross: 11:30 am – 11:30 am

        Attorney Stanley Okula calls Brian Bonilla to the witness stand.  Clerk swears in witness.
        Direct: 11:31 am -
        **Government Exhibit 45:** shown to Mr. Bonilla. No objections, admitted
        **Government Exhibit 192:** shown to Mr. Bonilla. No objections, admitted
        **Government Exhibit 189:** shown to Mr. Bonilla. No objections, admitted
        **Government Exhibit 65:** shown to Mr. Bonilla. objections, Pages 1-6 admitted
        Sidebar: 11:50 am – 11:54 am
        **Government Exhibit 65B:** shown to Mr. Bonilla. No objections, admitted.
        **Judicial Notice:** re Belize
        **Government Exhibit 65C:** shown to Mr. Bonilla. No objections, admitted.
        **Government Exhibit 68:** shown to Mr. Bonilla. No objections, admitted *conditionally.
        **Government Exhibit 68A:** shown to Mr. Bonilla. No objections, admitted
        **Government Exhibit 68B:** shown to Mr. Bonilla. No objections, admitted

12:25 pm    LUNCH BREAK TAKEN

1:45 pm    COURT IN SESSION

        Jury escorted into courtroom.

        Direct (Cont.): 1:46 pm
        **Government Exhibit 68C:** shown to Mr. Bonilla. No objections, admitted
        **Government Exhibit 210:** shown to Mr. Bonilla. No objections, admitted

      **Government Exhibit 71:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 68D:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 66A:** shown to Mr. Bonilla. No objections, admitted
      Sidebar: 2:11 pm – 2:22 pm
      **Government Exhibit 66B:** shown to Mr. Bonilla. Objections., Received
      **Government Exhibit 67:** shown to Mr. Bonilla.
      **Government Exhibit 67A:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 67B:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 67C:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 67D:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 155:** shown to Mr. Bonilla.  Objections. Admitted.
      SIDEBAR: 2:37 pm – 2:39 pm
      **Government Exhibit 70:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 251:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 65g:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 65h:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 65I:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 65J:** shown to Mr. Bonilla. No objections, admitted

3:00 pm      AFTERNOON BREAK TAKEN

3:19 pm      COURT IN SESSION

      Direct (Cont.): 3:22 pm – 3:46 pm
      **Government Exhibit 65L:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 65m:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 65e:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 79:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 124:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 128:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 130:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 126:** shown to Mr. Bonilla. No objections, admitted
      **Government Exhibit 73:** shown to Mr. Bonilla. No objections, admitted
      Cross: 3:46 pm – 4:23 pm
      **Government Exhibit 56:** shown to Mr. Bonilla.  No objections, admitted.
      Redirect: 4:23 pm – 4:24pm
      Recross: 4:24 pm – 4:25 pm
      Witness excused.
      **Government Exhibit 10 through 30:** shown to Mr. Bonilla. No objections, admitted

      Attorney Kevin Schneider calls Patrick Reid to the witness stand.  Clerk swears in witness.
      Direct: 4:28 pm – 4:50 pm
      **Government Exhibit 56 through 61:** shown to Mr. Reid. No objections, admitted (57-61)

**Government Exhibit 62:** shown to Mr. Reid. No objections AS DEMONSTATIVE, received.
**Government Exhibit 54:** shown to Mr. Reid. No objections, admitted
**Government Exhibit 55:** shown to Mr. Reid. No objections, admitted
Cross: 4:51 pm – 5:09 pm

5:09 pm Jury escorted out of the courtroom,
   **Defendant's Exhibit 179, 64**: admitted by the court.

5:11 pm       COURT IN RECESS
Time in Court: 6:49