UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                    CASE NO: 2:21-cr-83-TPB-NPM

MARK A. GYETVAY

| JUDGE: | Joan N. Ericksen | COUNSEL FOR GOVERNMENT | STANLEY J. OKULA, JR., DAVID ZISSERSON, AND KEVIN SCHNEIDER |
|---|---|---|---|
| DEPUTY CLERK: | Juan Garcia Gonzalez | COUNSEL FOR DEFENDANT: | MATTHEW MUELLER, KEVIN DOWNING AND NICHOLAS METCALF |
| COURT REPORTER | Stacey Raikes | DATE/TIME | March 24, 2023 9:00 AM |

**Jury Trial Day 5**

Start time: 9:09 am

Court convenes for day 5 of jury trial.

Jury escorted into courtroom.

Attorney Kevin Downing continues direct examination of Thomas Bishop to the witness stand.  Witness under oath.
Direct: 9:11 am – 10:10 am
**Defendant's Exhibit 152:** shown to Mr. Bishop.  Objections; NOT admitted by the Court
**Defendant's Exhibit 223:** shown to Mr. Bishop.  Voir Dire by Mr. Okula.  Objections; NOT admitted by the Court
**Side Bar:** 9:19 am – 9:21 am
**Defendant's Exhibit 17:** shown to Mr. Bishop.  No objections; admitted by the Court
**Defendant's Exhibit 148:** shown to Mr. Bishop.  No objections; admitted by the Court
**Defendant's Exhibit 61:** shown to Mr. Bishop.  No objections; admitted by the Court
**Defendant's Exhibit 7:** shown to Mr. Bishop.  Not admitted
**Defendant's Exhibit 33:** shown to Mr. Bishop.  Objected. Admitted by the Court.
**Side Bar:** 9:44 am – 9:49 am
**Defendant's Exhibit 217:** shown to Mr. Bishop. Objected
**Defendant's Exhibit 217a:** shown to Mr. Bishop.  Objected.
**Side Bar:** 9:55 am – 9:59 am
**Defendant's Exhibit 150:** shown to Mr. Bishop.  No objections; admitted by the Court
Side Bar: 10:06 am – 10:08 am

- 2 -

      Cross by Mr. Okula: 10:10 am – 11:02 am

11:02 am      MORNING BREAK TAKEN

11:18 am      COURT IN SESSION

      Cross (Cont.): 11:19 am – 11:52 am
      **Government Exhibit 599:** shown to Mr. Bishop.
      Redirect: 11:52 am – 11:58 am
      Recross: 11:58 am – 12:06 am
      Witness Excused.

      Defense Rest 12:06 pm

      Jury escorted out of the courtroom.

      Mr. Muller makes rule 29 motions and makes remarks as to Count 13.

      The Court inquires with Mr. Gyetvay if he wishes to testify.  Mr. Gyetvay does not wish to testify.

      Mr. Okula responds to Mr. Mullers remarks.

12:24 pm      BREAK TAKEN.

12:34 pm      COURT IN SESSION

      The Court goes over preliminary matters with the parties.  The Court goes over jury instructions with the parties.

1:48 PM      LUNCH BREAK TAKEN

2:58 pm      COURT IN SESSION

      The court continues to review jury instructions with the parties.  The Court goes over time limitations for closing arguments.

3:46 pm      COURT IN RECESS
TIME IN COURT 5:27