UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                                  CASE NO: 2:21-cr-83-TPB-NPM

MARK A. GYETVAY

| **JUDGE:** | Joan N. Ericksen | **COUNSEL FOR GOVERNMENT** | STANLEY J. OKULA, JR., DAVID ZISSERSON, AND KEVIN SCHNEIDER |
|---|---|---|---|
| **DEPUTY CLERK:** | Juan Garcia Gonzalez | **COUNSEL FOR DEFENDANT:** | MATTHEW MUELLER, KEVIN DOWNING AND NICHOLAS METCALF |
| **COURT REPORTER** | Stacey Raikes | **DATE/TIME** | March 27, 2023 9:00 AM |

## Jury Trial Day 6

Start time: 9:08 am

    Court convenes for day 6 of jury trial.

    Court goes over verdict form with the parties.

    Jury escorted into courtroom.

    Attorney David Zisserson presents closing arguments on behalf of the United States.
        9:11 am – 10:06 am

    Attorney Kevin Downing presents closing arguments on behalf or Mr. Mark A. Gyetvay.
        10:07 am – 11:03 am

11:04 am    MORNING BREAK TAKEN

11:19 am    COURT IN SESSION

    Attorney Stanley Okula rebuttals.
        11:21 am – 11:44 am

    Side Bar: 12:40 pm – 12:44 pm

    Jury escorted out of courtroom to commence jury deliberations.  The Clerk provides the jury with instructions, verdict form, and admitted exhibits.

12:47 pm    **LUNCH BREAK TAKEN for jurors.  The Clerk's office provides lunch for the jurors.**

    The parties argue the charging document and makes appropriate redactions to provide to the jury.

| | |
|---|---|
| 1:01 pm | COURT IN RECESS |
| 2:33 pm | COURT IN SESSION |

   The parties discuss jury note #1 on the record.

| | |
|---|---|
| 2:55 pm | COURT IN RECESS |
| 3:20 pm | COURT IN SESSION |

   The parties discuss jury note #2 on the record.

| | |
|---|---|
| 3:29 pm | COURT IN RECESS |
| 4:01 pm | COURT IN SESSION |

   The parties discuss jury note #3 on the record.

| | |
|---|---|
| 4:12 pm | COURT IN RECESS |
| 4:57 pm | COURT IN SESSION |

   The Court dismisses jury for the day.

| | |
|---|---|
| 5:01 pm | COURT IN RECESS |

Time in Court: 4:39