UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:21-cr-83-JNE-NPM

MARK A. GYETVAY

| **JUDGE:** | Joan N. Ericksen | **COUNSEL FOR GOVERNMENT** | STANLEY J. OKULA, JR., SCHNEIDER, KEVIN, ZISSERSON, DAVID, BRIAN BONILLA, IRS (CASE AGENT) |
|---|---|---|---|
| **DEPUTY CLERK:** | Juan Garcia Gonzalez | **COUNSEL FOR DEFENDANT:** | KEVIN DOWNING, MUELLER, MATTHEW J., NICHOLAS METCALF, PATRICIA CARBONE |
| **COURT REPORTER** | Vonni Bray | **PRETRIAL/PROBATION** | Kelly Hicks and Jessee Shifflett |
| **DATE/TIME** | September 21, 2023 9:30 AM | **Interpreter** | N/A |

## Sentencing

Start Time      9:54 am

Court calls case.  Counsel enters appearances.  Defendant is present.

Court advises of charges. Defendant was adjudicated guilty of Counts **Ten, Eleven, Twelve, and Thirteen** at Jury Trial**.**

The Court hears arguments and objections to PSR by Mr. Downing. Mr. Okula responds and makes arguments on behalf of the government. Mr. Downing responds.

The Court adopts the facts contained in the PSR and reviews the total offense level, potential penalties, and sentence with the defendant.

Mr. Downing makes recommendations and arguments.  Mr. Okula makes recommendations and arguments.

Mr. Downing makes remarks.  Defendant makes allocution remarks.

10:51 am      COURT IN RECESS

11:00 am        COURT IN SESSION

For the reasons stated in the record, the Court imposes the sentence as follows:

Imprisonment: 86 months. The Court recommends incarceration in Florida specifically FCI Miami or FCI Coleman.  Defendant is to self-surrender by November 7, 2023 by 10:00 am

Supervised Release: 3-year term

Special conditions

Defendant shall provide the probation officer access to any requested financial information.

Defendant shall cooperate with the Internal Revenue Service regarding all outstanding taxes, interest, and penalties relating to the offense of conviction.

Random drug test voided.

DNA

Restitution:  $4,021,074.00 to IRS

Fines: $350,000.00

Special Assessment of $250.00 due immediately.

No Forfeiture.

Court finds sentence is sufficient, but not greater than necessary.

Counsel has no objections to the sentence or to the manner in which it was imposed.

Mr. Mueller makes objections on the record.

Right to appeal.

End time: 11:21 pm
Time in Court: 1 hour and 17 minutes