# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.  2:21-cr-83-JNE-NPM

**MARK A. GYETVAY**

---

## ORDER

In conjunction with the appearance bond and order setting conditions of release in this matter (Docs. 30, 57), the court prohibited Morgan Stanley from facilitating any sale, transfer, or other transaction related to the account in defendant Mark Gyetvay's name bearing the account number ending with 5-608 without further order of the court. (Doc. 29). With no opposition, Gyetvay moves the court for an order allowing Morgan Stanley to use cash in the account to make a capital call. Gyetvay's motion (Doc. 322) is **granted**. Morgan Stanley may use cash in the x5-608 account to make the capital call.

**ORDERED** on June 27, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge