# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.  2:21-cr-83-JNE-NPM

**MARK A. GYETVAY**

## ORDER

In conjunction with the appearance bond and order setting conditions of release in this matter (Docs. 30, 57), we prohibited Morgan Stanley from facilitating any sale, transfer, or other transaction related to an account in defendant Mark Gyetvay's name bearing a number ending with 4565[1] without further order of the court. (Docs. 19, 29). Now, the parties jointly request an order allowing Morgan Stanley to continue to meet capital calls with the non-restrained cash in the account without requiring a court order each time. The joint motion (Doc. 326) is **granted**. Accordingly, the court's previous orders (Docs. 19, 29) are amended to allow Morgan Stanley to use non-restrained cash in the x4565 account to meet capital calls going forward without additional court orders.

**ORDERED** on August 25, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge

---

[1] This account number was previously identified as advisor-team number 608.